*E-FILED - 4/21/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. C. HARMON,         )<br>                              )<br>       Petitioner,      )<br>                              )<br>  vs.                        )<br>                              )<br>                              )<br>C. NOLL, Warden,    )<br>                              )<br>       Respondent.    )<br>_____) | No. C 09-5412 RMW (PR)<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the Board of Prison Terms' ("Board") decision denying him parole at his September 12, 2007 parole suitability hearing. Respondent was ordered to show cause why the writ should not be granted. Respondent has filed an answer, along with a supporting memorandum of points and authorities and exhibits. Although given an opportunity, petitioner did not file a traverse. For the reasons set forth below, the petition for a writ of habeas corpus is DENIED.

**DISCUSSION**

A.   Standard of Review

A district court may not grant a petition challenging a state conviction or sentence on the

Order Denying Petition for Writ of Habeas Corpus; Denying Certificate of Appealability
P:\PRO-SE\SJ.Rmw\HC.09\Harmon412hcden.wpd

basis of a claim that was reviewed on the merits in state court unless the state court's adjudication of the claim: "(1) resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States; or (2) resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding." 28 U.S.C. § 2254(d). The first prong applies both to questions of law and to mixed questions of law and fact, Williams (Terry) v. Taylor, 529 U.S. 362, 407-09 (2000), while the second prong applies to decisions based on factual determinations, Miller-El v. Cockrell, 537 U.S. 322, 340 (2003).

B.  Analysis

Petitioner claims that his right to due process was violated because the evidence was insufficient to support the decision denying his suitability for parole. "There is no right under the Federal Constitution to be conditionally released before the expiration of a valid sentence, and the States are under no duty to offer parole to their prisoners." Greenholtz v. Inmates of Neb. Penal and Correctional Complex, 442 U. S. 1, 7 (1979). The Supreme Court has made clear that a prisoner's federal due process claim regarding a denial of parole is limited to whether he received the minimum procedures necessary under the federal constitution. Swarthout v. Cooke, 131 S. Ct. 859, 862 (2011) (per curiam). Specifically, this court's inquiry is limited to whether petitioner was given an opportunity to be heard, and given a statement of reasons for the denial. Id., citing Greenholtz v. Inmates of Neb. Penal and Correctional Complex, 442 U.S. 1, 16 (1979). Thus, petitioner's allegation that there was insufficient evidence to support a denial of parole fails to state a cognizable claim for federal habeas relief. See id.

## CONCLUSION

The petition for a writ of habeas corpus is DENIED. Moreover, petitioner has failed to make a substantial showing that his claims amounted to a denial of his constitutional rights or demonstrate that a reasonable jurist would find the denial of his claim debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no certificate of appealability is warranted in this case.

1   The clerk shall enter judgment and close the file.
2   IT IS SO ORDERED.
3   DATED: 4/21/11                    /s/ Ronald M. Whyte
                                       RONALD M. WHYTE
4                                      United States District Judge

Order Denying Petition for Writ of Habeas Corpus; Denying Certificate of Appealability
P:\PRO-SE\SJ.Rmw\HC.09\Harmon412hcden.wpd     3