1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*E-FILED - 4/21/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| L. C. HARMON, | ) | No. C 09-5412 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| C. NOLL, Warden, | ) | |
| Respondent. | ) | |

The court has denied the instant petition for writ of habeas corpus.  Therefore, judgment is entered in favor of respondent.  Petitioner shall take nothing by way of his petition.  The clerk shall close the file.

    IT IS SO ORDERED.

Dated:    4/21/11

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Harmon412jud.wpd